

2:14-MC-138

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KENTUCKY FUEL CORPORATION        CIVIL ACTION

VERSUS        NO: 13-6538

CELTIC MARINE CORPORATION        SECTION: "J"(2)

## FINAL JUDGMENT

For the reasons stated in the Court's Order and Reasons dated May 27, 2014, filed herein, **IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of defendant Celtic Marine Corporation and against Plaintiff Kentucky Fuel Corporation, dismissing all of Plaintiff's claims against Defendant with prejudice, at Plaintiff's cost.

For the reasons stated in the Court's Order and Reasons dated June 4, 2014, filed herein, **IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Defendant/Counterclaim Plaintiff Celtic Marine Corporation, and against Plaintiff/Counterclaim Defendant Kentucky Fuel Corporation in the

1

amount of $3,100,011.25, which amount represents sums owed for outstanding demurrage payable under the parties' February Settlement Agreement, shortfall/liquidated damages for failure to ship any cargo under the 2012 Service Agreement, and barge cleaning costs payable under the various contracts at issue in this matter. In addition, under the terms of the various outstanding invoices in this matter, Kentucky Fuel Corporation shall be liable for interest on all invoiced sums arising out from the February Settlement Agreement, October Settlement Agreement, and the Guaranty to the October Settlement Agreement, and arising after February 24, 2012, at the contractual rate of 1.5%. Interest on the invoices shall accrue until the debts are satisfied. Kentucky Fuel Corporation shall also be liable for prejudgment interest at a rate of 4% per year on all demurrage and cover charges owed, beginning on the day the sum became due and ending on the day the debt is satisfied. Finally, Kentucky Fuel Corporation shall be liable for attorney's fees and costs at a sum to be determined at a later date.

Kentucky Fuel Corporation shall be jointly and solidarily liable with James C. Justice Companies, Inc., whose liability is detailed in the related matter captioned *Celtic Marine Corporation v. James C. Justice Companies*, case number 11-3005.

(Rec. Docs. 145, 177)

New Orleans, Louisiana this 18th day of June, 2014.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

CLERK'S OFFICE
A TRUE COPY
Jul 29 2014

Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, LA