# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

**KENTUCKY FUEL CORPORATION,**

    Plaintiff/Judgment Debtor,

v.                               **CIVIL ACTION NO. 2:14-MC-138**

**CELTIC MARINE CORPORATION,**

    Defendant/Judgment Creditor

## SATISFACTION OF JUDGMENT

I, Robert L. Bandy of the law firm of Kay Casto & Chaney PLLC, counsel for Defendant/Judgment Creditor, Celtic Marine Corporation, acknowledge satisfaction of a judgment rendered against Plaintiff/Judgment Debtor, Kentucky Fuel Corporation, in the above-styled action in the amount of $3,100,011.25, plus costs and interest as described therein.

                                              **CELTIC MARINE CORPORATION**

                                              **By Counsel:**

                                              /s/ Robert L. Bandy
                                              Robert L. Bandy, Esq. (WVSB #9655)
                                              KAY CASTO & CHANEY PLLC
                                              P. O. Box 2031
                                              Charleston, WV 25327
                                              (304) 345-8900; (304) 345-8909
                                              rbandy@kaycasto.com